IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KEVIN GIOGLIO**                                                                                      **PLAINTIFF**

v.                              Case No. 4:22-cv-00411-KGB-JTR

**DANNY CLARK**                                                                                       **DEFENDANT**

## ORDER

Before the Court is the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray (Dkt. No. 6). No objections have been filed, and the time to file objections has passed. After careful review, the Court concludes that the Recommended Disposition should be, and hereby is, adopted in its entirety as this Court's findings in all respects (*Id.*). Accordingly, plaintiff Kevin Gioglio's complaint is dismissed without prejudice for lack of prosecution (Dkt. No. 2). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

It is so ordered this 3rd day of February, 2023.

_____
Kristine G. Baker
United States District Judge